**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Linda McKinley, Conan Pannell, John Cunningham, and
Paul D. Stradling, Defendants,

Of whom Linda McKinley is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002386

———————

Appeal From Anderson County
David E. Phillips, Family Court Judge

———————

Unpublished Opinion No. 2016-UP-283
Submitted May 25, 2016 – Filed June 7, 2016

———————

**AFFIRMED**

———————

William E. Phillips, of Anderson, for Appellant.

Kaye Davis, of the South Carolina Department of Social
Services, of Anderson, for Respondent.

Brittany Dreher Senerius, of Senerius & Tye, Attorneys at Law, of Anderson, for the Guardian ad Litem.

————————

**PER CURIAM:**  Linda McKinley appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve McKinley's counsel.

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.